## John WILSON, Plaintiff–Appellant,

#### v.

## UNITED STATES of America, Defendant–Appellee.

### No. 02–6899.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 17, 2002.

John Wilson, Appellant Pro Se. Joseph William Hooge Mott, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

John L. Wilson seeks to appeal the district court's final order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's memorandum opinion and conclude for the reasons stated by the district court that Wilson has not made a substantial showing of the denial of a constitutional right. *See Wilson v. United States,* Nos. CR–96–68; CA–00–775 (W.D.Va. May 6, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*